The Honorable Brian D. Lynch

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>MERIDIAN SUNRISE VILLAGE LLC,<br><br>Debtor. | Case No. 13-40342-BDL |
| MERIDIAN SUNRISE VILLAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NB DISTRESSED DEBT INVESTMENT FUND LIMITED; STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.; BANK OF AMERICAN NATIONAL ASSOCIATION and U.S. BANK NATIONAL ASSOCIATION,<br><br>Defendants. | Adversary No. 13-04225<br><br>NOTICE OF APPEARANCE ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT |

TO: All Parties and Counsel;
AND TO: The Clerk of the Court:

NOTICE OF APPEARANCE – 1

12187-2284/LEGAL26829012.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), the undersigned attorneys are appearing on behalf of U.S. Bank National Association, as Administrative Agent, in this adversary proceeding. Copies of all documents and pleadings with regard to this adversary proceeding are to be served on undersigned counsel.

DATED: May 24 , 2013

**PERKINS COIE LLP**

By: */s/ Brian A. Jennings*
 Alan D. Smith, WSBA No. 24964
 ADSmith@perkinscoie.com
 Brian A. Jennings, WSBA No. 32509
 BJennings@perkinscoie.com

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for U.S. Bank National Association, as administrative agent and in its individual capacity

NOTICE OF APPEARANCE – 2

12187-2284/LEGAL26829012.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 13-04225-BDL    Doc 7    Filed 05/24/13    Ent. 05/24/13 13:41:41    Pg. 2 of 2