

STOEL RIVES LLP
ATTORNEYS AT LAW

600 University Street, Suite 3600
Seattle, Washington 98101
main 206.624.0900
fax 206.386.7500
www.stoel.com

DAVID B. LEVANT
*Direct (206) 386-7601*
dblevant@stoel.com

June 27, 2013

**VIA ELECTRONIC FILING**

The Honorable Ronald B. Leighton
U.S. District Court for the
 Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

Re: *Meridian Sunrise Village, LLC v. NB Distressed Debt Investment Fund Limited, et al.*,
**Case No. 3:13-cv-05503-RBL**

Dear Judge Leighton:

At a hearing this morning in the bankruptcy case underlying the above-captioned matter, Judge Brian D. Lynch addressed the Motion for Stay or for Continuance of Confirmation Hearing Pending Appeal ("***Motion for Stay/Continuance***") of Defendants NB Distressed Debt Investment Fund Limited, NB Distressed Debt Master Fund LP, and Strategic Value Special Situations Master Fund II, L.P. (collectively, the "***Funds***"). The Funds referenced the Motion for Stay/Continuance in their Emergency Motion for Leave to Appeal and for Stay of Preliminary Injunction that is pending before this Court.

Judge Lynch indicated that he will further consider the Funds' Motion for Stay/Continuance during tomorrow's plan confirmation hearing, if necessary. Accordingly, at this time there does not appear to be any need for this Court to perform additional work on the Funds' pending Emergency Motion.

After the plan confirmation hearing, we will promptly notify the Court whether or not the Funds' Emergency Motion requires consideration.

Very truly yours,

*/s/ David B. Levant*

David B. Levant

Copy: Judge Brian D. Lynch
 Counsel of Record

74131548.2 0064727-00001

Alaska   California   Idaho
Minnesota   Oregon   Utah   Washington
and Washington, D.C.