UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>MERIDIAN SUNRISE VILLAGE, LLC,<br><br>                Debtor. | BANKRUPTCY NO. 13-40342<br><br>ADVERSARY NO. 13-04225 |
| MERIDIAN SUNRISE VILLAGE, LLC,<br><br>                Plaintiff,<br>v.<br><br>NB DISTRESSED DEBT INVESTMENT FUND LIMITED; STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II, L.P.; BANK OF AMERICA NATIONAL ASSOCIATION; and U.S. BANK NATIONAL ASSOCIATION,<br><br>              Defendants. | DECLARATION OF JAMES L. DAY IN SUPPORT OF DEBTOR'S OBJECTION TO MOTION FOR STAY PENDING APPEAL |

James L. Day declares as follows:

1. I am an attorney at the law firm of Bush Strout & Kornfeld LLP and am licensed to practice before this Court. I have been primarily responsible for representing Meridian Sunrise

DECLARATION OF JAMES L. DAY IN SUPPORT OF
DEBTOR'S OBJECTION TO MOTION FOR STAY PENDING
APPEAL – Page 1

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1949 20121 yg11dx13nx
Case 13-04225-BDL   Doc 68   Filed 07/11/13   Ent. 07/11/13 11:26:19   Pg. 1 of 2

1. Village, LLC, the debtor-in-possession in this case. I have personal knowledge of the facts stated herein, and I am competent to testify to them.

2. The Debtor is pleased to advise the Court that it has negotiated the terms of a consensual plan of reorganization that has the necessary support to proceed under § 1129(a) of the Bankruptcy Code. The Debtor anticipates that the amended plan will have the support of each of its classes, such that all elements under § 1129(a), including § 1129(a)(8), will be satisfied.

2. Attached hereto as Exhibits A, B and C, respectively, are term sheets reflecting the material terms for treatment of the claims in Classes 2, 3 and 4.

3. The Debtor has already prepared and circulated a Seconded Amended Plan of Reorganization that would incorporate each of these deal terms. U.S. Bank, as agent under Class 2, and as the lender under Classes 3 and 4, has also prepared, circulated, and received comments on revised loan documents reflecting the plan terms for treatment of those classes. The Debtor anticipates that each of these documents will be finalized in the next 24 hours.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my information and belief.

DATED this 11th day of July, 2013, at Seattle, Washington.

/s/ *James L. Day*
James L. Day

DECLARATION OF JAMES L. DAY IN SUPPORT OF
DEBTOR'S OBJECTION TO MOTION FOR STAY PENDING
APPEAL – Page 2

BUSH STROUT & KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104